```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 04 B 39604
    JOANNA COX
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-3149


----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 10/25/04 and confirmed on 12/17/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  14627.89 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED | 6725.00 | 657.90 | 6725.00 |
| A ALL PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| AFFORDABLE CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ATHLETICO LTD | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1328.28 | .00 | 313.47 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 526.89 | .00 | 124.34 |
| B FIRST LLC | UNSECURED | 2698.21 | .00 | 636.76 |
| CITIFINANCIAL | UNSECURED | 784.98 | .00 | 185.25 |
| CREDIT MANAGEMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| ORTHOPEDIC SPECIALIST | FILED LATE | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6080.73 | .00 | 1435.01 |
| GOTTLIEB MEMORIAL HOSPIT | UNSECURED | 2407.41 | .00 | 568.13 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1655.63 | .00 | 390.72 |
| SBC BANKRUPTCY DESK | UNSECURED | 346.60 | .00 | 81.80 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 251.60 | .00 | 59.38 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| Z TEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | UNSECURED - C | 1153.54 | .00 | 77.10 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6725.00 | .00 | 16080.33 | 1153.54 | 23958.87 |
| PRINCIPAL PAID | 6725.00 | .00 | 3794.86 | 77.10 | 10596.96 |

```
INTEREST PAID            657.90         .00         .00        .00       657.90
TOTAL PAID              7382.90         .00     3794.86      77.10     11254.86
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $     206.00   direct and $    2494.00   through the plan.

The Trustee received $      601.14 .

Refunds to the Debtor totaled $     277.89 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 39604 JOANNA COX